UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHUN YING LIN<br><br>　　　　Plaintiff<br><br>vs.<br><br>ONE COCO NAILS & SPA INC.<br><br>　　　　Defendant | **ELECTRONICALLY FILED**<br><br>CIVIL ACTON LAW<br>Jury Trial Demanded<br>(Chief Magistrate Judge<br>　Karoline Mehalchick)<br><br>NO.: 3:20-CV-01509 |
| QIN LIANG CHEN<br><br>　　　　Plaintiff<br><br>vs.<br><br>ONE COCO NAILS & SPA INC.<br><br>　　　　Defendant | **ELECTRONICALLY FILED**<br><br>CIVIL ACTON LAW<br>Jury Trial Demanded<br>(Chief Magistrate Judge<br>　Karoline Mehalchick)<br><br>NO.: 3:21-CV-00415 |

1

# ORDER

AND NOW, this ~~14th~~ day of June, 2021, having reviewed the Joint Motion of the parties to consolidate and to extend case management deadlines, **IT IS HEREBY ORDERED** that the Joint Motion to Consolidate for the Purposes of Discovery and Trial, and to Extend Existing Deadlines is **GRANTED,** the matters are consolidated and the following case management deadlines are established:

1. **Discovery.** All discovery shall be completed by October 26, 2021.

   a. Depositions. Plaintiffs collectively shall be allowed 10 depositions. Defendants collectively shall be allowed 10 depositions.

   b. Interrogatories. Plaintiff shall be allowed to serve 25 interrogatories. Defendant shall be allowed to serve 25 interrogatories upon each Plaintiff.

   c. Request for Production. Plaintiff shall be allowed to serve 25 requests. Defendant shall be allowed to serve 25 requests upon each Plaintiff.

   d. Request for Admission. Plaintiff shall be allowed to serve 25 requests. Defendant shall be allowed to serve 25 requests upon each Plaintiff.

2. **Expert Discovery.**

   a. Plaintiff's Rule 26(a)(2) disclosures shall be made by December 29, 2021.

   b. Defendant's Rule 26(a)(2) disclosures shall be made by January

    29, 2022.

  c. Any supplemental expert disclosures shall be produced by February 14, 2022.

  d. All expert witness depositions shall be completed by March 30, 2022.

3. **Dispositive Motions.** All dispositive motions, together with supporting briefs, shall be filed by November 29, 2021.

          BY THE COURT:

Date: 6/14/2021     s/Karoline Mehachick
          _____
          KAROLINE MEHALCHICK
          Chief United States Magistrate Judge